IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JIMMIE E. KEENE,

      Appellant,

v.

      Case No.    5D22-741
      LT Case No. 2011-CF-001023

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed August 1, 2023

3.850 Appeal from the Circuit Court
for Putnam County,
Howard O. Mcgillin, Jr., Judge.

Jimmie E. Keene, Lake Butler, pro se.

Ashley Moody, Attorney General,
Tallahassee,  Rebecca Rock McGuigan,
and Douglas T. Squire, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.


WALLIS, LAMBERT and PRATT, JJ., concur.